IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA * <br> APPELLEE, <br> * <br> v.     Record No. 13-4432 <br> TYRONE JOHNIKEN,     * <br> APPELLANT,     * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

MOTION TO LEAVE TO FILE JOINT APPENDIX IN EXCESS OF LIMIT

TYRONE JOHNIKEN, Appellant, by Jonathan Gladstone, counsel, moves this Court for permission to file a joint appendix consisting of 1793 pages including covers and tables (plus cd if so approved by the court in a separate motion), and in support thereof avers.

1. This appeal follows an extended jury trial, and much of the appendix would consist of the entire transcript of the trial.

2. In light of Appellant's anticipated argument contesting evidentiary decisions, the Appellee has indicated that it anticipates making, *inter alia,* a "harmless error" argument which will require the availability of all testimony, which amounts to approximately 1418 pages,

3. As it stands now, Appellant's suggested entries, without the entire transcript, amounts to approximately 375 pages,

4. This request is made at the behest of AUSA Robert Harding.

5.      The parties do possess the transcripts in electronic form, so they can be submitted to the court in that form, along with another exhibit the Appellee wishes to submit in that format, as noted in the companion motion.

Wherefore, Appellant requests that the court grant permission to file a joint appendix consisting of pages including covers and tables, or in the alternative, that the transcript be submitted in electronic form.

Respectfully submitted,

Law Offices of Jonathan Gladstone
113 Ridgely Ave.
Annapolis MD 21401


By /s/ Jonathan Gladstone
Jonathan Gladstone

(410)974-6903

Certificate of Service

I hereby certify that on January 21, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users: Robert Harding, Esq, Office of the US Attorney, 36 S. Charles St., Fourth Floor, Baltimore, MD 21201

/s/ Jonathan Gladstone
Jonathan Gladstone, Esq.