IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　APPELLEE, | * | |
| | * | |
| v. | | Record No. 13-4432 |
| TYRONE JOHNIKEN, | * | |
| 　　APPELLANT, | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

MOTION FOR LEAVE TO FILE PHYSICAL EXHIBITS (ONE COMPACT DISK) AS PART

OF THE JOINT APPENDIX

Appellant Tyrone Johniken, by his undersigned counsel hereby requests that he be granted leave to file a compact disk with the Joint Appendix, in support of this request, the Appellant states the following.

　　a.　　In designating entries for the Joint Appendix, Appellee, through AUSA Robert Harding, indicated its desire to include in the Joint Appendix a recording of Appellant's statement to the police, which was played to the jury. (Ex. 126)

　　b.　　Appellee will also be requesting that the transcript of that statement be included in the printed Joint Appendix. (Ex. 127)

　　WHEREFORE, Appellant, as the party responsible for preparing the Joint Appendix, requests leave to file physical exhibits, namely a compact disk (or other medium which the court specifies) containing a recording statement by Appellant to the authorities, in the Joint Appendix.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Law Offices of Jonathan Gladstone
　　　　　　　　　　　　　　　　113 Ridgely Ave.
　　　　　　　　　　　　　　　　Annapolis MD 21401

By /s/ Jonathan Gladstone
Jonathan Gladstone

(410)974-6903

Certificate of Service

I hereby certify that on January 21, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users: Robert Harding, Esq, Office of the US Attorney, 36 S. Charles St., Fourth Floor, Baltimore, MD 21201

/s/ Jonathan Gladstone
Jonathan Gladstone, Esq.