FILED: January 23, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4432
(1:11-cr-00426-JKB-2)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

TYRONE JOHNIKEN, a/k/a Hassan Muhammed, a/k/a Roland

   Defendant - Appellant

_____

O R D E R
_____

  Upon consideration of the unopposed motions for leave to file a joint appendix which exceeds the length limit established by this court's Local Rule 32(a) and to file a compact disc, which was a part of the district court record, as a part of the joint appendix, the court grants these motions.

  The court grants appellant leave to file a joint appendix not to exceed 1793 pages.

The court grants appellant leave to file four copies of the compact disc as an exhibit volume of the joint appendix.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>