IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    APPELLEE, | * |
| | * |
| v. | Record No. 13-4432 |
| TYRONE JOHNIKEN, | * |
|     APPELLANT, | * |

\* \* \* \* \* \* \* \* \*

SUPPLEMENTAL MOTION TO LEAVE TO FILE JOINT APPENDIX IN EXCESS OF LIMIT

TYRONE JOHNIKEN, Appellant, by Jonathan Gladstone, counsel, moves this Court for permission to file a joint appendix consisting of 1813 pages not including covers and tables (plus cd if so approved by the court in a separate motion), and in support thereof avers.

1. This court has previously approved a Joint Appendix of 1793 pages..

2. The printing company has informed the undersigned that the final version is coming in at 1813 pages, 20 pages longer than earlier approved.

Wherefore, Appellant requests that the court modify its earlier order and grant permission to file a joint appendix consisting of pages 1813 not including covers and tables, or in the alternative, that the transcript be submitted in electronic form.

Respectfully submitted,

Law Offices of Jonathan Gladstone
113 Ridgely Ave.

Annapolis MD 21401

By /s/ Jonathan Gladstone
Jonathan Gladstone

(410)974-6903

Certificate of Service

I hereby certify that on February 5, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users: Robert Harding, Esq, Office of the US Attorney, 36 S. Charles St., Fourth Floor, Baltimore, MD 21201

/s/ Jonathan Gladstone
Jonathan Gladstone, Esq.